[Cite as *Moorman v. Ohio Dept. of Transp.*, 2010-Ohio-3788.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

SCOTT MOORMAN

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2009-07814-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On September 25, 2009, plaintiff, Scott Moorman, filed a complaint against defendant, Department of Transportation. On March 3, 2010, defendant filed an investigation report. On March 19, 2010, plaintiff submitted a letter indicating he wished to dismiss his claim since he, "received remedy from the Village of Cleves." Plaintiff's letter is considered a motion for voluntary dismissal and is GRANTED. Plaintiff's case is DISMISSED. The court shall absorb the court costs of this case.

_____

DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Scott Moorman
602 Coleberry Court
Cleves, Ohio  45002

Jolene M. Molitoris, Director
Department of Transportation
1980 West Broad Street
Columbus, Ohio  43223

DRB/laa
Filed 4/2/10
Sent to S.C. reporter 8/13/10